**WO**                                                                                                           KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Dawson, | No. CV 07-1082-PHX-SMM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Janet Napolitano, et al., | |
| Defendants. | |

On May 29, 2007, Plaintiff Lawrence Dawson, who is confined in the Arizona State Prison Complex-Lewis, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. On June 22, 2007, the Court dismissed the Complaint under the "3 strikes" provision of 28 U.S.C. § 1915(g) because at least three prior actions filed by Plaintiff in federal courts have been dismissed as frivolous, malicious, or as failing to state a claim (Doc. #5.) This action was dismissed and judgment was entered on June 22, 2007 (Doc. #6).

On July 23, 2007, Plaintiff filed a Motion for Reconsideration (Doc. #7). The Court will deny the Motion.

**I.     Motion for Reconsideration**

Motions for reconsideration should be granted only in rare circumstances. Defenders of Wildlife v. Browner, 909 F. Supp. 1342, 1351 (D.Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Such motions should not be used for the purpose of

1 asking a court "'to rethink what the court had already thought through — rightly or wrongly.'" <u>Defenders of Wildlife</u>, 909 F. Supp. at 1351 (quoting <u>Above the Belt, Inc. v. Mel Bohannon Roofing, Inc.</u>, 99 F.R.D. 99, 101 (E.D.Va. 1983)).

Plaintiff does not offer new evidence nor does he establish that an intervening change in controlling law is applicable to this case. The Court has reviewed its order and finds no error in its dismissal of this action under 28 U.S.C. § 1915(g). Therefore, the Court will deny the Motion for Reconsideration.

Accordingly

**IT IS HEREBY ORDERED DENYING** Plaintiff's July 23, 2007 Motion for Reconsideration (Doc. #7).

DATED this 21st day of August, 2007.

_____
Stephen M. McNamee
United States District Judge